■ In the Matter of ERIE COUNTY SHERIFF's POLICE BENEVOLENT ASSOCIATION, INC., Appellant, v ERIE COUNTY SHERIFF et al., Respondents. [844 NYS2d 745]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered January 23, 2007 in a proceeding pursuant to CPLR article 78. The judgment granted respondents' motion and dismissed the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Lukas v*

*Ascher*, 299 AD2d 262, 262-263 [2002]). Present—Hurlbutt, J.P., Gorski, Martoche, Lunn and Peradotto, JJ.